IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAYLORD CASH NEIL, SR.   :   CIVIL ACTION
:
VS.   :   NO. 02-4374
:

MARK SCHWEIKER, ET AL.

### ORDER

AND NOW, this 10th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the Honorable Charles R. Weiner.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court