IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAYLORD CASH NEAL, SR. : CIVIL ACTION
:
VS. : NO. 02-4374
:

MARK SCHWEIKER, ET AL

## ORDER

AND NOW, this 12th of JULY, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Charles R. Weiner to the Honorable Harvey Bartle, III.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court