```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAYLORD CASH NEAL, SR.          :       CIVIL ACTION
                                :
        v.                      :
                                :
GOVERNOR MARK SCHWEIKER, et al. :       NO. 02-4374
```

ORDER

    AND NOW, this      day of February, 2003, it is hereby ORDERED that the motion of defendant District Attorney Lynne Abraham to dismiss the complaint (Document #14) is GRANTED on the ground that plaintiff has not stated a claim upon which relief can be granted.

                                     BY THE COURT:

                                     _____
                                                          J.