IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GAYLORD CASH NEAL, SR.

02-CV-4374
District Court Docket Number

vs.

GOVERNOR MARK SCHWEIKER, et al

Notice of Appeal Filed 4/4/03
Court Reporter(s)/ESR Operator(s) not known

Filing Fee:
    Notice of Appeal  x Paid  __Not Paid  __Seaman
    Docket Fee        x Paid  __Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                      Ronald Vance
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm