IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLORD CASH NEAL, SR., : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 02-4374 |
| vs. : | |
| : | |
| GOVERNOR MARK SCHWEIKER, *et al*. : | |
| : | |
| *Defendant* : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE SAID COURT:**

Kindly enter my Appearance on behalf of the Honorable John J. O'Grady, Jr., and the Honorable Benjamin Lerner, Judges of the Court of Common Pleas, Philadelphia County, Pennsylvania.

_____
DAVID M. DONALDSON, ESQUIRE
Attorney I.D. No. 17276
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA  19102
(215) 560-6300

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLORD   CASH NEAL, SR., : | |
| : | CIVIL ACTION |
| *Plaintiff* : | |
| : | NO. 02-4374 |
| vs. : | |
| : | |
| GOVERNOR MARK SCHWEIKER, *et al*. : | |
| : | |
| *Defendant* : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 1, 2003, he personally caused to be served upon the following a true and correct copy of the foregoing *Entry of Appearance*, filed on behalf of "the Honorable John J. O'Grady, Jr., and the Honorable Benjamin Lerner, by mailing same first class, postage pre-paid, U.S. mail to:

Governor Mark Schweiker,
c/o Secy. Kathy Eakin
238 Capitol Building
Harrisburg, PA 17120

Gaylord Neal, *Pro Se*
2209 N. 18th Street
Philadelphia, PA 19132

District Attorney Lynne Abraham
1421 Arch Street
Philadelphia, PA 19102

_____
DAVID M. DONALDSON, ESQUIRE
Attorney I.D. No. 17276
Administrative Office of PA Courts
Suite 1414
1515 Market Street
Philadelphia, PA  19102
(215) 560-6300